# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AUTOBRILLIANCE LLC, <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI MOTOR COMPANY and KIA MOTORS CORPORATION, <br><br> Defendants. | Case No. 2:23-cv-00458-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff AutoBrilliance LLC's ("Plaintiff") Joint Motion for Extension of Time to Serve Infringement Contentions, and for Defendants Hyundai Motor Company and Kia Motors Corporation ("Defendants") to Serve Invalidity Contentions and Subject-Matter Eligibility Contentions (the "Motion"). **Dkt. No. 12.**

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Plaintiff to comply with P.R. 3-1 and 3-2 (Infringement Contentions) is extended up to and including January 18, 2024. It is further **ORDERED** that the deadline for Defendants to comply with P.R. 3-3 and 3-4 (Invalidity Contentions) and the Standing Order Regarding Subject-Matter Eligibility Contentions is extended up to and including March 14, 2024.